# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DERRICK MARTIN, JR.,<br><br>Debtor. | Bankruptcy Case No. 18-14487 KHT<br>Chapter 7 |
| JEFFREY PETTY and<br>KATHLEEN PETTY,<br><br>Plaintiffs,<br><br>v.<br><br>DERRICK J. MARTIN, JR.,<br><br>Defendant. | Adversary Proceeding No. 18-1276 KHT |

**SCHEDULING ORDER FOR PRE-TRIAL DEADLINES PURSUANT TO**
**Fed.R.Bankr.P. 7016(b) (Fed.R.Civ.P. 16(b))**

    THIS MATTER comes before the Court on the Joint Report filed October 26, 2018.  The Court, having reviewed the file and being advised in the premises,

    HEREBY ORDERS that the provisions of Fed.R.Civ.P. 26 shall apply to this proceeding, subject to the provisions of this order concerning timing. The Court

    FURTHER ORDERS that the deadlines in the Joint Report are APPROVED. Parties shall adhere to the following deadlines:

1. <u>Amended Pleadings.</u> Motions to amend or supplement pleadings and/or join additional parties must be filed **on or before November 19, 2018**.  This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

2. <u>Expert Witnesses</u>.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged **on or before December 14, 2018**.  If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made **on or before January 11, 2019.**

3. <u>Discovery.</u>  All discovery shall be <u>COMPLETED</u> **on or before February 8, 2019**. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  Responses to written discovery shall be due no later than **thirty (30) days** after service of the discovery request.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 **shall apply** in this adversary proceeding.

4. <u>Dispositive Motions.</u>  Dispositive motions, if any, shall be filed **on or before March 1, 2019**. Any response to a dispositive motion shall be filed with the court and served on interested parties within **fourteen (14) days** after mailing of the dispositive motion. The foregoing will control the procedure for filing responsive briefs.  No further order will issue governing the briefing schedule on any dispositive motion filed.

    IT IS FURTHER ORDERED that a trial date will be set, if necessary, after expiration of all pretrial deadlines and after the Court has ruled upon any dispositive motions or upon request of the parties.

    IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **fourteen (14) days** from the date of this Order, no modifications will be entertained by the Court.  Failure to comply with this Order may result in imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7016 and 7037 (Fed.R.Civ.P. 16 and 37).

    DATED this 30th day of October, 2018.

BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Judge