## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 18-14487-KHT** |
| | ) | |
| **DERRICK J. MARTIN, JR.** | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | **Adversary No.: 18-01276-KHT** |
| | ) | |
| **JEFFREY PETTY and KATHLEEN PETTY** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DERRICK J. MARTIN, JR.** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, Derrick J. Martin, Jr., by and through undersigned counsel, and hereby requests until **March 22, 2019** to respond to the "Plaintiffs' Motion for Summary Judgment Re: Issue of Nondischargeability (with supporting authority)".

DATED: 3/14/2019

**ALLSTATE LAW CENTER, P.C.**

\s\ Lawrence R. Hill
Lawrence R. Hill, #17447
Attorney for Defendant
12835 E. Arapahoe Road, #I-200
Centennial, CO   80112
(303) 386-6016 (telephone)
(303) 799-3968 (facsimile)
lawrenceh@allstatelawcenter.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the **DEFENDANT'S MOTION FOR EXTENSION OF TIME** and proposed **ORDER** were placed in the U.S. Mail, postage pre-paid, on this 14th day of March, 2019, addressed as follows:

Derrick J. Martin, Jr.
23593 E. Chenengo Place
Aurora, CO   80016-5955

David V. Wadsworth, II
Chapter 7 Trustee
2580 W. Main St.
Littleton, CO   80120
(via e-filing only)

David M. Miller
Spencer Fane LLP
1700 Lincoln St., #2000
Denver, CO   80203
(via e-filing only)

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., #12-200
Denver, CO   80294-1961
(via e-filing only)

Dustin J. Klein
Attorney at Law
1827 Federal Blvd.
Denver, CO   80204-1724
(via e-filing only)

DATED: 3/14/2019                                    \s\ Lawrence R. Hill